UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| RASHEEN JOHNSON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. 4:16 CV 1310 CDP |
| JAY CASSADY, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on petitioner's motion for discovery. The motion will be denied without prejudice for failure to comply with Rule 6 of the Rules Governing Section 2254 Cases. Respondent's time for responding to the case management order has not yet expired, and it is possible that some or all of the materials sought by petitioner will be filed in response to the case management order. If not, petitioner may refile a motion in compliance with Rule 6 for the Court's consideration at that time.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for discovery [6] is denied without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of September, 2016.